## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**RONALD EDWARD DUNN**                                                      **PETITIONER**

**v.**                                                     **CIVIL ACTION NO. 3:12CV-P773-S**

**UNITED STATES MARSHAL'S SERVICE** *et al.*                      **RESPONDENTS**

## MEMORANDUM OPINION

Petitioner Ronald Edward Dunn filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging his indictment and pretrial detention in his pending criminal action in this Court (No. 3:12CR-22-R). Having come to this Court's attention that during Dunn's change-of-plea hearing on December 14, 2012, Dunn moved to withdraw this pending habeas petition, the Court entered an Order on February 26, 2013, giving Dunn 21 days within which to show cause why this action should not be dismissed based on his stated intent to voluntarily withdraw the petition. The Court advised that if no response is filed within the 21-day period, the Court will dismiss this action.

A review of the record reveals that Dunn has filed no response to the Order to show cause. Accordingly, the Court will dismiss this action by separate Order pursuant to Fed. R. Civ. P. 41(a)(1).

Date: April 4, 2013

                                                     Charles R. Simpson III, Senior Judge
                                                     United States District Court

cc:     Petitioner, *pro se*
        Patrick J. Bouldin, Dunn's criminal defense counsel
        Jo E. Lawless, Assistant U.S. Attorney
4411.005