# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### AT LOUISVILLE

**RONALD EDWARD DUNN**                                                      **PETITIONER**

**v.**                           **CIVIL ACTION NO. 3:12CV-P773-S**

**UNITED STATES MARSHAL'S SERVICE** *et al.*           **RESPONDENTS**

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that the instant action is **DISMISSED** pursuant to Fed. R. Civ. P. 41(a)(1).

There being no just reason for delay in its entry, this is a final Order.

This Court further **certifies** that an appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date: April 4, 2013

                                            Charles R. Simpson III, Senior Judge
                                               United States District Court

cc:    Petitioner, *pro se*
        Patrick J. Bouldin, Dunn's criminal defense counsel
        Jo E. Lawless, Assistant U.S. Attorney
4411.005